IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

TERRY LEE WARD
ADC #136026                                                           PLAINTIFF

v.                       No. 5:16-cv-110-DPM-PSH

RANDY WATSON, Warden, Varner Super
Maximum Unit, ADC; DANNY BURL, Warden,
Maximum Security Unit, ADC; C. BUDNIK,
Varner Super Maximum Unit; BOLDEN, Major,
Varner Supermax, ADC; STEPHENS, Inmate
Property Room Supervisor, Varner Supermax,
ADC; BROWN, Sergeant, Varner Supermax,
ADC; and DOES                                                        DEFENDANTS

ORDER

On *de novo* review, the Court adopts the recommendation, № 18, and overrules Ward's objections, №24. FED. R. CIV. P. 72(b)(3). Ward may proceed with his court access and retaliation claims against Defendant Burl. Ward's claims against all other Defendants are dismissed without prejudice.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

7 October 2016