IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

TERRY LEE WARD
ADC #136026                                                               PLAINTIFF

v.                         No. 5:16-cv-110-DPM-PSH

DANNY BURL, Warden,
Maximum Security Unit, ADC                                                DEFENDANT

## ORDER

**1.** Ward asks for more time to object to the recommendation. But Ward doesn't need more time to object to a recommended ruling in his favor. On *de novo* review, the Court adopts the partial recommendation, № 72. FED. R. CIV. P. 72(b) (1983 addition to advisory committee notes). Burl's motion to dismiss for insufficient service of process, № 28, is denied. Ward's motion for an extension of time to object, № 77, is denied as moot.

**2.** Ward also requests an appointed lawyer and more time to respond to Burl's Answer and to one of Magistrate Judge Harris's recent Orders. № 77. Magistrate Judge Harris will address these embedded motions in due course.

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

28 April 2017