# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

TERRY LEE WARD
ADC #136026                                                                                           PLAINTIFF

v.                          No. 5:16-cv-110-DPM

DANNY BURL, Warden,
Maximum Security Unit, ADC                                                                DEFENDANT

## ORDER

Motion, № 134, partly granted as modified and partly denied. Ward may have until 11 May 2018 to file his objections to the pending recommendation. № 133. Ward's renewed motion for appointed counsel is denied. Ward has ably represented himself so far; and neither the facts nor the claims are complex enough to warrant appointed counsel. *Plummer v. Grimes*, 87 F.3d 1032, 1033 (8th Cir. 1996).

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

10 April 2018