IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

TERRY LEE WARD
ADC #136026                                                              PLAINTIFF

v.                              No. 5:16-cv-110-DPM

DANNY BURL, Warden,
Maximum Security Unit, ADC                                               DEFENDANT

ORDER

1. Embedded motions for an extension and for appointed counsel, № 136 at 10, denied. The Court previously gave Ward an extra thirty days to file his objections. And none of the material circumstances have changed since the Court denied Ward's most recent motion for an appointed lawyer. № 135.

2. On *de novo* review, the Court adopts Magistrate Judge Harris's careful recommendation, № 133, and overrules Ward's objections, № 136. Burl's motion for summary judgment, № 107, is granted. Ward's remaining claims will be dismissed with prejudice.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

23 May 2018