# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

TERRY LEE WARD
ADC #136026                                                                    PLAINTIFF

v.                          No. 5:16-cv-110-DPM

RANDY WATSON, Warden, Varner Super
Maximum Unit, ADC; DANNY BURL, Warden,
Maximum Security Unit, ADC; C. BUDNIK,
Varner Super Maximum Unit, ADC; BOLDEN,
Major, Varner Supermax, ADC; STEPHENS,
Inmate Property Room Supervisor, Varner
Supermax, ADC; BROWN, Sergeant, Varner
Supermax, ADC; and DOES                                                        DEFENDANTS

## JUDGMENT

Ward's court access and retaliation claims against Burl are dismissed with prejudice. All other claims are dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

23 May 2018